Shalom Law, PLLC: 105-13 Metropolitan Avenue, Forest Hills, NY 11375

# AFFIDAVIT OF SERVICE

EASTERN DISTRICT
STATE OF NEW YORK, COUNTY OF EASTERN

Civil Number: 21-cv-217 EK-SJB

Date Filed: 01/15/2021

Plaintiff:
Jose Eduardo Rodea
vs
Defendant:
New York Diner, Inc., and Paula Rivadeniera

STATE OF NEW YORK, COUNTY OF NEW YORK

Brian Hamid, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 02/18/2021 at 4:06 PM, deponent served the within Civil Cover Sheet, Summons, Class & Collective Action Complaint on New York City Diner, Inc. at 49-09 NORTHERN BOULEVARD, LONG ISLAND CITY, NY 11101-1031 in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to John Doe/Refused name C/O New York City Diner, Inc., Manager of New York City Diner, Inc., a person of suitable age and discretion. Said premises is New York City Diner, Inc.'s usual place of business within the state.

On 02/19/2021, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's usual place of business, at 49-09 NORTHERN BOULEVARD, LONG ISLAND CITY, NY 11101-1031 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the state of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant

**Description:**
| | | | | | |
|---|---|---|---|---|---|
| Gender: Male | Race/Skin: Brown | Age: 36 - 50 Yrs. | Weight: 161-200 Lbs. | Height: 5' 4" - 5' 8" | Hair: Black |
| Glasses: No | Other: | | | | |

Subscribed and Sworn to before me on Feb 19, 2021.

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022

X Brian Hamid   2.19.21
Job #: 1702557

FEBRUARY 22, 2021