**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOSE EDUARDO RODEA,                                    Index No.: 1:21-cv-00217

                        Plaintiff,                **NOTICE OF**
                                                                              **APPEARANCE**

    *-against-*

NEW YORK DINER, INC., and PAULA
RIVADENEIRA,

                        Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants New York Diner, Inc. and Paula Rivadeneira (together, the "**Defendants**") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

                LEVIN-EPSTEIN & ASSOCIATES, P.C.
                60 East 42nd Street, Suite 4700
                New York, New York 10165

Dated: March 8, 2021
       New York, New York

                              By:    /s/*Jason Mizrahi*
                                           Jason Mizrahi, Esq.
                                           Levin-Epstein & Associates, P.C.
                                           60 East 42nd Street, Suite 4700
                                           New York, New York 10165
                                           Telephone: (212) 792-0048
                                           Email: Jason@levinepstein.com