**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
Jose Eduardo Rodea,	Case No.: 21-cv-00217

                       *Plaintiff*,

                       **STIPULATION**

               -*against*-

New York Diner, Inc., and Paula Rivadeneira,

                       *Defendants*.
-----------------------------------------------------------------------X

      Defendants New York Diner, Inc., and Paula Rivadeneira (together, the "Defendants"), agree and stipulate with Jose Eduardo Rodea (the "Plaintiff"), by and through their respective undersigned counsel, as follows:

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **April 9, 2021**;

      IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to personal jurisdiction due to improper service of process; and

      IT IS FURTHER STIPULATED AND AGREED that Defendants hereby accept service to personal jurisdiction due; and

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:   New York, New York
            March 11, 2021

SHALOM LAW, PLLC                           LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jonathan Shalom*                   By: */s/ Jason Mizrahi*
     Jonathan Shalom                               Jason Mizrahi
     105-13 Metropolitan Avenue          60 East 42nd Street, Suite 4700
     Forest Hills, NY 11375                      New York, New York 10170

| | |
|---|---|
| Tel. No. (7180 971-9474 | Tel. No.:  (212) 792-0048 |
| Email: jonathan@shalomlawny.com | Email: Jason@levinepstein.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |