# LEVIN-EPSTEIN & ASSOCIATES, P.C.
60 East 42nd Street• Suite 2727 • New York, NY 10165 • T: 212.792-0046
E: jason@levinepstein.com

The Honorable Sanket J. Bulsara, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  *Rodea v. New York Diner, Inc. et al*
       **Case No.: 1:21-cv-00217**

Dear Honorable Magistrate Judge Bulsara:

  This law firm represents Defendants New York Diner, Inc. and Paula Rivadeneira (together, the "Defendants") in the above-referenced matter.

  Pursuant to Rule II(A) of Your Honor's Individual Motion Practices, this letter respectfully serves as a request to extend the mediation completion deadline from July 20, 2021, to, through and including, August 19, 2021. This is the first request of its kind, is made on consent of Plaintiff's counsel. If granted, this request would not affect any other scheduled deadlines.

  The basis of this request is that the parties have scheduled a virtual mediation for August 19th, 2021, at 10:00 a.m. before Mediator Roger Briton. Thus, out of an abundance of caution, and for the sake of good office, the parties respectfully request that the mediation completion deadline be extended to, through and including, August 19, 2021.

  Thank you, in advance, for your time and attention.

         Respectfully submitted,

         LEVIN-EPSTEIN & ASSOCIATES, P.C.

        By: /s/ Jason Mizrahi
           Jason Mizrahi, Esq
           60 E. 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.:  (212) 792-0048
           Email: jason@levinepstein.com
           *Attorneys for Defendants*