# EXHIBIT C

# Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Friday, April 2, 2021 3:21 PM |
| **To:** | Jonathan Shalom |
| **Cc:** | Joshua Levin-Epstein; Alexis Abrego |
| **Subject:** | Rodea v. New York Diner, Inc. et al [21-cv-00217] |
| **Attachments:** | 2021-0402 Rogs.pdf; 2021-0402 Initial Disclosures.pdf; 2021-0402 NOD.pdf; 2021-0402 RFPD.pdf |
| **Categories:** | New York Diner Inc. |

Counsel,

Good afternoon. This office is counsel to the Defendants in the above-referenced action.

Attached hereto, please find:

1. Defendants' Rule 26(a) Initial Disclosures;

2. Defendants' First Set of Interrogatories' to Plaintiff;

3. Defendants' First Request for the Production of Documents; and

4. A Notice of Deposition for Plaintiff

Thank you,

Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*