# EXHIBIT F

## Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Thursday, August 12, 2021 2:56 PM |
| **To:** | Jonathan Shalom |
| **Subject:** | RE: Rodea v. New York Diner, Inc. et al [21-cv-00217] |
| | |
| **Categories:** | New York Diner Inc. |

Jonathan,

1. Please provide a detailed basis, in writing, for your unavailability to meet-and-confer today (8/12), tomorrow (8/13), Monday (8/16) or Tuesday (8/17).

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 2:37 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jason,

As I informed you earlier, I cannot take your call now. You may reach out to my support staff to schedule for Wednesday or Thursday next week if you'd like.

Thank you.


Jonathan Shalom
SHALOM LAW, PLLC.
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474
E: Jonathan@Shalomlawny.com

1

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Thursday, August 12, 2021 2:25 PM
**To:** Jonathan Shalom
**Cc:** Joshua Levin-Epstein; Alexis Abrego
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

**Fifth Attempt**

Jonathan,

I just tried to reach you. Please return my phone call.

Thank you,
Jason


_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Thursday, August 12, 2021 12:22 PM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jonathan,

Please call me. Thank you.

Jason


_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351

Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 12:21 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Once again,

I will not repeat myself. You have until 2:00 pm to get back to me.


Thank you.



**Jonathan Shalom**
**Managing Partner**

(718) 971-9474
Jonathan@shalomlawny.com

105-13 Metropolitan Avenue Forest Hills New York 11375

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer. Thank you.

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Thursday, August 12, 2021 12:20 PM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jonathan,

Once again, we are simply trying to avoid Court intervention.

1. You cannot represent that you are unavailable to meet-and-confer today, yet threaten to file a letter in derogation of the Judge's Individual Rules, which I urge you to re-read.

3

2. Please provide a basis for your unavailability to meet-and-confer today or tomorrow.

3. Please advise to your earliest availability to meet-and-confer.

Thank you,
Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 12:17 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jason,

Are you insisting I drop everything to comply with your "directive?" I have other matters to tend to on the calendar today and tomorrow and all days depositions on Monday and Tuesday.

I will not be engaging in this back and forth with you. Please advise me by 2:00 pm on whether you and your client plan on attending our scheduled Mediation for August 19, 2021. If I do not hear back from you by then, I will be writing to the Court to inform of your unreasonable request for Plaintiff to respond to deficiencies within 2 days of receipt and your bad faith intentions to delay and avoid participating in the confirmed Mediation under the Court Annexed Mediation Program rules.

Thank you.



**Jonathan Shalom**
**Managing Partner**

(718) 971-9474
Jonathan@shalomlawny.com

105-13 Metropolitan Avenue Forest Hills New York 11375

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed and it may contain

4

information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer. Thank you.

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Thursday, August 12, 2021 12:12 PM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jonathan,

We are simply trying to avoid Court intervention.

1. Please provide a basis for your unavailability to meet-and-confer today or tomorrow.

2. Please advise to your earliest availability to meet-and-confer.

Thank you,
Jason

_____

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 12:09 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jason,

I am not available for a meet and confer today or tomorrow.

Moreover, as I informed you in my previous email, you insisting on having Plaintiff respond to your deficiencies within two days is just unreasonable and quite frankly conducted in bad faith to futher delay and avoid attending the already scheduled Mediation for August 19, 2021, at 10:00am under the Court Annexed Mediation Program.

Please confirm with me by 2:00pm today on whether you intend to attend the scheduled Mediation with your client on August 19, 2021, before I write to the Court.

Thank you.



**Jonathan Shalom**
**Managing Partner**

📞 (718) 971-9474
✉ Jonathan@shalomlawny.com

105-13 Metropolitan Avenue Forest Hills New York 11375

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer. Thank you.

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Thursday, August 12, 2021 10:13 AM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jonathan,

Please advise on your availability today or tomorrow for a meet-and-confer to address the deficiencies outlined in our most recent letter, as well as Defendants' contemplated motion to compel.

Thank you.
Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 10:12 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

We are not amenable to rescheduling the mediation. Discovery and mediation is seperare and apart. The parties respective positions will be outlined in our ex-parte mediation statements.

Thank you.


Jonathan Shalom
SHALOM LAW, PLLC.
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474
E: Jonathan@Shalomlawny.com

---

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 10:10:50 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

You cannot serve me with "deficiencies" and request responses two days later. There are other matters and cases that are on the calendar.

Thank you.


Jonathan Shalom
SHALOM LAW, PLLC.
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474
E: Jonathan@Shalomlawny.com

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Thursday, August 12, 2021 10:08:26 AM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Jonathan,

We need the requested information prior to the scheduled mediation / settlement conference. We also need to stay on track of the discovery schedule. Bulsara is generally not amenable to granting multiple extensions.

We will consent if:

1. You request an extension of time to complete fact discovery by 30 days

2. You request an extension of time to complete mediation by 30 days
3. We adjourn the mediation to a mutually agreeable date and time after the disclosure of your amended responses.

JM

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Sent:** Thursday, August 12, 2021 9:43 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Re: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Counsel,

We need an extension of 30 days to address your deficiencies. Please let me know if we have your consent.

Thank you.



**Jonathan Shalom**
**Managing Partner**

📱 (718) 971-9474
✉ Jonathan@shalomlawny.com

105-13 Metropolitan Avenue Forest Hills New York 11375

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer. Thank you.

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Wednesday, August 11, 2021 3:59 PM

8

**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Counsel,

Attached hereto, please find a letter regarding Plaintiff's discovery deficiencies in the above-referenced matter.

Respectfully,
Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Wednesday, June 9, 2021 5:40 PM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Rodea v. New York Diner, Inc. et al [21-cv-00217]

Counsel,

Attached hereto, please find a letter regarding Plaintiff's discovery deficiencies in the above-referenced matter.

Respectfully,
Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email,*

*destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

---

**From:** Jason Mizrahi
**Sent:** Friday, April 2, 2021 3:21 PM
**To:** Jonathan Shalom <Jonathan@shalomlawny.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** Rodea v. New York Diner, Inc. et al [21-cv-00217]

Counsel,

Good afternoon. This office is counsel to the Defendants in the above-referenced action.

Attached hereto, please find:

1. Defendants' Rule 26(a) Initial Disclosures;

2. Defendants' First Set of Interrogatories' to Plaintiff;

3. Defendants' First Request for the Production of Documents; and

4. A Notice of Deposition for Plaintiff

Thank you,

Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*