UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Jose Eduardo Rodea,      Case No.: 1:21-cv-00217-EK-SJB

                        *Plaintiff*,

-vs.-

New York Diner, Inc., Marios Diner, Inc., and
Paula Rivadeneira, *and* Marlos Avlonitis,

                        *Defendants*.
---------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed, with prejudice, without costs or attorneys' fees to any party, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
      January 19, 2022

SHALOM LAW, PLLC            LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _/s/ Jonathan Shalom_          By: _/s/ Jason Mizrahi_
Jonathan Shalom                       Jason Mizrahi
105-13 Metropolitan Avenue       60 East 42nd Street, Suite 4700
Forest Hills, NY 11375              New York, New York 10170
Tel. No. (7180 971-9474            Tel. No.: (212) 792-0048
Email: jonathan@shalomlawny.com    Email: Jason@levinepstein.com
*Attorneys for Plaintiff*                *Attorneys for Defendants New York Diner, Inc., Marios Diner, Inc., and Paula Rivadeneira*

So Ordered:

_____